JUDGE JONES

07 CV 6118

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

VI-ZA STAR LTD.,

                      Plaintiff,

-v-

INTER ELTRA INTERNATIONAL,

                      Defendant.
----------------------------------------------------------------x

RECEIVED JUN 29 2007 U.S.D.C. CASHIERS

**STATEMENT PURSUANT TO F.R.C.P 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, VI-ZA STAR LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       June 29, 2007

                                        CHALOS, O'CONNOR & DUFFY, L.L.P.
                                        Attorneys for Plaintiff
                                        VI-ZA STAR LTD.

By: _____
      George M. Chalos (GC-8693)
      366 Main Street
      Port Washington, New York 11050
      Tel: (516) 767-3600
      Fax: (516) 767-3605
      Email: gmc@codus-law.com