# CHALOS, O'CONNOR & DUFFY

### ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**
Owen F. Duffy
Charles S. Cumming
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray
Michael P. Siravo

* Admitted in NJ
** Admitted in USDC-SD Tx

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

George M. Chalos
Partner
gmc@codus-law.com

**MEMORANDUM ENDORSED**

September 11, 2007

*Via Telefax*

*The conference is adjourned sine die.*

SO ORDERED  DATE 9/11/07
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
**Telefax Number: (212) 805-4268**

Re:   Vi-za Star Ltd. V. Inter Eltra International
      07 CV 6118 (BSJ)(GWG)
      CO&D Ref: 500446.0001

Dear Magistrate Gorenstein:

    We are the attorneys for the Plaintiff, Vi-za Star Ltd., in the above referenced matter, and write to respectfully request a sixty-day (60) adjournment of the upcoming Rule 16 Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Wednesday, September 19, 2007, at 10:00 a.m. To date, we have not yet effected service upon the Defendant, Inter Eltra International, as the Defendant is located abroad. Additionally, Defendant has not appeared in this action, and, to date, we have not attached any funds belonging to the Defendant as per the Order of Maritime Attachment and Garnishment issued on June 29, 2007. As the Court will note, garnishee bank Societe Generale has filed an Answer, however, the defendant, Inter Eltra International, has not. Societe General is **not** a defendant in this action. There have been no previous requests for an adjournment.

    As such, and in the interest of judicial economy, we respectfully request a sixty-day (60) adjournment of this Conference.

In advance, thanking the Court for its time and consideration, we remain,

        Respectfully yours,

        CHALOS, O'CONNOR & DUFFY

        *George M. Chalos /GKK*

GMC/gkk:        George M. Chalos