UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VI-ZA STAR LTD.,

                     Plaintiff,                  07 CV 6118 (BSJ-GWG)

-v-

                                              **NOTICE OF VOLUNTARY
DISMISSAL AND ORDER**

INTER ELTRA INTERNATIONAL,

                     Defendant.
------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, VI-ZA STAR LTD., as to defendant, INTER ELTRA INTERNATIONAL, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
        January 23, 2008

                                              CHALOS, O'CONNOR & DUFFY, LLP
                                              Attorneys for Plaintiff
                                              VI-ZA STAR LTD.

                       By:      _____
                                        George M. Chalos (GC-8693)
                                         366 Main Street
                                         Port Washington, New York 11050
                                         Tel:   (516) 767-3600
                                         Fax:  (516) 767-3605
                                         Email: gmc@codus-law.com

SO ORDERED:

_____
Hon. Barbara S. Jones, U.S.D.J.