UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VI-ZA STAR LTD.,

                              Plaintiff,                    07 CV 6118 (BSJ-GWG)

-v-

                                                     **NOTICE OF VOLUNTARY**
                                                     **DISMISSAL AND ORDER**

INTER ELTRA INTERNATIONAL,

                            Defendant.
------------------------------------------------------------x

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, VI-ZA STAR LTD., as to defendant, INTER ELTRA INTERNATIONAL, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       January 23, 2008

                                                  CHALOS, O'CONNOR & DUFFY, LLP
                                                  Attorneys for Plaintiff
                                                  VI-ZA STAR LTD.

                            By:

                                                  George M. Chalos (GC-8693)
                                                  366 Main Street
                                                  Port Washington, New York 11050
                                                  Tel:   (516) 767-3600
                                                  Fax:  (516) 767-3605
                                                  Email: gmc@codus-law.com

SO ORDERED:

_____
Hon. Barbara S. Jones, U.S.D.J.
    2/5/08